**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 99-50021

DEBORAH HOWERTON-WILLIS,

Plaintiff-Appellant,

VERSUS

WEST TELEMARKETING CORPORATION OUTBOUND,

Defendant Appellee.

Appeal from the United States District Court
For the Western District of Texas
(SA-97-CV-1164)

March 8, 2000

Before HIGGINBOTHAM and PARKER, Circuit Judges and WARD,[*] District Judge:

PER CURIAM:[**]

Plaintiff-Appellant, Deborah Howerton-Willis appeals the summary judgment for Defendant-Appellee, West Telemarketing Corporation Outbound on her claims brought pursuant to the

---

[*]District Judge of the Eastern District of Texas, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

Americans with Disabilities Act, 42 U.S.C. § 12101-12213 (1995) as well as pendant state claims for intentional infliction of emotional distress.

Having reviewed the record and the arguments and authorities submitted by the parties, we conclude that summary judgment for defendants should be affirmed for essentially the reasons set out in the district court's Order, dated December 8, 1998.

AFFIRMED.